UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

LLOYD WALKER,

Defendant.

---

26-cr-293 (PKC)

ORDER

CASTEL, United States District Judge.

Defendant Lloyd Walker moves to dismiss the indictment charging him with one count of possession of ammunition after a felony conviction, in violation of 18 U.S.C. § 922(g)(1). (ECF 11.) Walker argues that section 922(g)(1) is unconstitutional on its face and as applied under the test set forth in the Supreme Court's decision in New York State Rifle & Pistol Ass'n, Inc. v. Bruen, 597 U.S. 1, 9-10 (2022). He also argues that section 922(g)(1) is unconstitutional on its face and as applied because the charge is premised on the local possession of ammunition that previously crossed state lines, and contends that the statute exceeds the authority afforded to Congress under the Commerce Clause.

Walker expressly acknowledges that his arguments are respectively foreclosed by the Second Circuit's decisions in Zherka v. Bondi, 140 F.4th 68 (2d Cir. 2025), cert. denied, 223 L. Ed. 2d 555 (U.S. Jan. 20, 2026), and United States v. Santiago, 238 F.3d 213 (2d Cir. 2001) (per curiam); see also United States v. Sorrentino, 72 F.3d 294, 296-97. (ECF 12 at 1, 5.)

Walker's motion to dismiss the indictment is DENIED.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
October 5, 2026