UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

LLOYD WALKER,

Defendant.

26-cr-293 (PKC)

ORDER

CASTEL, U.S.D.J:

Upon the application of the government, consented to by defense counsel, the pretrial conference previously scheduled for October 7, 2026 is adjourned until October 14, 2026 at 12 p.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to allow the parties time to continue discussions of a pretrial resolution of this matter. Accordingly, the time between today and October 14, 2026 is excluded.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
October 7, 2026